| | | |
|---|---|---|
| Ursula Wing | 1 | 6158901 – Noah Joseph |

Docket Number: 3:19CR84-01

## REQUEST FOR COURT ACTIONS / DIRECTION

TO:    Jim Molinelli
         Miscellaneous Clerk

OFFENSE:  Conspiracy to Defraud the United States, in Violation of 18 U.S.C. 371, a Class D Felony.

FROM:  Noah Joseph
         U.S. Probation Officer

ORIGINAL SENTENCE: 24 Months' Probation.

SPECIAL CONDITIONS:
(1) Financial Disclosure.
(2) Search.

$100.00 Assessment
$10,000.00 Fine

RE:    Ursula Wing
         Docket # 3:19CR84-01

AUSA: To Be Assigned
Defense Counsel: To Be Assigned

MED: July 9, 2022

DATE OF SENTENCE: July 10, 2020

DATE: August 31, 2020

ATTACHMENTS:  ☐ PSI    ☒ JUDGMENT    ☐ PREVIOUS REPORTS

REQUEST FOR:  COURT DIRECTION

---

### REQUEST FOR TRANSFER OF JURISDICTION

On August 31, 2020, the above-mentioned individual was sentenced as outlined above in the Western District of Wisconsin, by the Honorable James D. Peterson, Chief U.S. District Judge.

On August 31, 2020, we received a letter from the Western District of Wisconsin, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Ms. Wing's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Enclosed is the original form of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the Form 22 as it is required for both districts to complete the transfer.

Ursula Wing                                               2                              6158901 – Noah Joseph
Docket Number: 3:19CR84-01

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                Respectfully submitted,
                                                Michael Fitzpatrick
                                                Chief U.S. Probation Officer

                                    by   *Noah Joseph*
                                                Noah Joseph
                                                U.S. Probation Officer
                                                212-805-5185

Approved By:

*Jovanna Calderon*             September 1, 2020
Jovanna Calderon               Date
Supervisory U.S. Probation Officer



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

SD/NY P# 6158901

**TO:** Jim Molinelli
Miscellaneous Clerk

**FROM:** Noah Joseph
U.S. Probation Officer

Re: Ursula Wing
Dkt No.: 2:14CR114

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response to this office so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: *Noah Joseph*
Noah Joseph
U.S. Probation Officer
212-805-5185

Approved By:
*Jovanna Calderon*
Jovanna Calderon
Supervising U.S. Probation Officer
212-805-0071

DATE: September 1, 2020