UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

URSULA WING,

                    Defendant.

------------------------------------x

ORDER

20 Crim. 454 (GBD)

GEORGE B. DANIELS, United States District Judge:

    A conference is scheduled for October 20, 2020 at 10:00 a.m.

Dated: New York, New York
       September 17, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 17 2020