**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

                                    Plaintiff,

        -against-

URSULA WING,

                                  Defendant.

------------------------------------- x

<u>ORDER</u>

20 Crim. 454 (GBD)

GEORGE B. DANIELS, United States District Judge:

The October 20, 2020 status conference is rescheduled to October 20, 2020 at 10:30 a.m.

Dated: New York, New York
       October 19, 2020

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
United States District Judge