Ursula Wing  4  6158901 - Michael P. Nicholson
Docket Number: 0208 1:20CR00454

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑ Early Termination of Probation Approved

☐ Early Termination of Probation Denied

☐ Other:

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

AUG 0 9 2021
Date

Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.    Docket No. 0208 1:20CR00454

Ursula Wing

On July 10, 2020, the above named was placed on Probation for a period of Two (2) years. She has complied with the rules and regulations of Probation and is no longer in need of supervision. It is accordingly recommended that Ursula Wing be discharged from Probation.

Respectfully submitted,

by  *Michael P. Nicholson*

Michael P. Nicholson
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated.

Date this ___9___ day of __August__, 20 _21_.

*George B. Daniels*

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE