UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

UNITED STATES OF AMERICA,

                            Plaintiff,

     -against-

URSULA WING,

                            Defendant.

------------------------------------------------------------ x

ORDER

20 Crim. 454 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the letter motion at ECF No. 10.

Dated: New York, New York
       February 16, 2022

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge